**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALLEN YU and NORTH SHORE LONG
ISLAND REALTY, LLC,

                Plaintiffs,

  - against -

THE INCORPORATED VILLAGE OF OYSTER
BAY COVE, ROBERT WALLES, as Code
Enforcement Officer, the Incorporated Village
of Oyster Bay Cove, ROBERT A. PETERSON,
the Incorporated Village of Oyster Bay Cove,
each sued in their official and individual
capacities,

                Defendants.
-------------------------------------------------------------X

**JUDGMENT**
CV 20-5635 (GRB) (AYS)

A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on January 13, 2021, granting defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) in its entirety, and respectfully directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiffs Allen Yu and North Shore Long Island Realty, LLC take nothing of defendants the Incorporated Village of Oyster Bay Cove, Robert Walles, and Robert A. Peterson; that defendants' motion to dismiss is granted in its entirety; and that this case is closed.

Dated: January 14, 2022
       Central Islip, New York

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                            BY:    /s/ JAMES J. TORITTO
                                          DEPUTY CLERK